AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK U.S. DISTRICT COURT
11/1/2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ ad _____ DEPUTY

| United States of America | |
| v. | FILED<br>CLERK, U.S. DISTRICT COURT<br><br>Nov. 1, 2022<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___ IM ___ DEPUTY |
| CHRISTOPHER HAMPTON,<br>    aka "Narco710",<br>    aka "Narco310", | Case No.  2:22-mj-04306-DUTY |
| Defendant | |

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 3, 2022 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) | Distribution of Methamphetamine |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*Tiana Kostic, Special Agent, FBI*
Complainant's signature

Tiana Kostic, Special Agent, FBI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   November 1, 2022

*Patricia Donahue*
Judge's signature

City and state:   Los Angeles, California

Hon. Patricia Donahue, U.S. Magistrate Judge
Printed name and title

AUSA: Ian V. Yanniello (213-894-3667)

## AFFIDAVIT

I, Tiana Kostic, being duly sworn, declare and state as follows:

### I.  PURPOSE OF AFFIDAVIT

1.    This affidavit is made in support of a criminal complaint[1] and arrest warrant against Christopher Hampton also known as ("aka") "Narco710", aka "Narco310" ("HAMPTON") for a violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): distribution of methamphetamine on or about May 3, 2022.

2.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, a review of law enforcement databases, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant, and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND FOR SPECIAL AGENT TIANA KOSTIC

3.    I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed since August 2014. As a function of my assignment, I have received both

---

[1] The FBI and partner agencies are contemporaneously seeking federal search warrants.  However, to protect sensitive information related to the government's ongoing investigation, I have limited the scope of the information contained within this affidavit.

formal and informal training from the FBI and other institutions regarding computer technology, financial investigations, cryptocurrency, and drug trafficking organizations. As a Special Agent with the FBI, I am authorized to investigate violations of the laws of the United States and to execute search and seizure warrants issued under the authority of the United States. I have conducted and participated in criminal investigations for violations of federal and state laws including, but not limited to, narcotics trafficking, computer-based financial crimes, money laundering, firearms, fraud, and other organized criminal activity. I have prepared, executed, and assisted in numerous search and arrest warrants.

4.    I have also conducted and participated in criminal and administrative interviews of witnesses and suspects. I am familiar with the formal methods of illegal narcotics investigations, including, but not limited to, electronic surveillance, visual surveillance, general questioning of witnesses, search warrants, confidential informants, the use of undercover agents, and analysis of financial records, including those related to digital/cryptocurrencies. I have participated in investigations of organizations involved in the manufacture, distribution, and possession with intent to distribute controlled substances.

### III. <u>SUMMARY OF PROBABLE CAUSE</u>

5.    HAMPTON is the leader of a Darknet drug conspiracy to manufacture and sell illegal drugs, including large quantities

of pills that HAMPTON and the co-conspirators pressed with fentanyl (sold as "blues", "M30s", or "Cartel M30s") and methamphetamine (sold as "press Adderall", "Adderall 30s", or "Addy"). HAMPTON has been selling drugs on the Darknet since at least January 2021, and has primarily used the vendor moniker, "Narco710." HAMPTON also sold drugs on at least one Darknet marketplace using the "Narco310" moniker. Evidence seized from HAMPTON's iCloud and email accounts show that HAMPTON has produced hundreds of thousands --- or more --- of fentanyl- and methamphetamine-laced pills and has sold millions of dollars of drugs through his Darknet vendor accounts. For example, a photograph from HAMPTON's iCloud account depicting the Tor-2-Door drug marketplace shows that as of August 1, 2022, HAMPTON had sold over $1,000,000 in drugs on the marketplace. Another seized image shows that HAMPTON had sold narcotics worth over $480,000 on Dark0de market. These are just two of the nine Darknet marketplaces that HAMPTON likely controls or controlled.

6. As discussed below, the FBI has conducted multiple undercover drug purchases from Narco710 vendor accounts, including purchasing four ounces of "Cartel Crystal Meth" from Narco710's account on ASAP market on May 3, 2022. The FBI purchased the drugs by paying $700 in Bitcoin cryptocurrency. **Paragraph 20(d)** contains a photograph of the listing, including a picture of the methamphetamine used to advertise the drugs on

ASAP market.  That image depicts multiple pounds of crystal methamphetamine shards displayed on a flat surface with a written note held to a whiteboard by magnets behind it. The written note on the whiteboard stated, "4-8-22 NARCO 710 ASAP Alphabay Archtyp". As noted below, this same image was seized from HAMPTON's Google email account and HAMPTON's iCloud account.

7.   On May 13, 2022, FBI investigators retrieved and opened the parcel purchased from Narco710 on ASAP Market which contained white crystal-like substance weighing approximately 119.1 grams that was concealed inside a mylar bag. The DEA Southwest Laboratory conducted chemical analysis of the crystal-like substance and determined it contained at least approximately 102 grams of actual methamphetamine.

## IV. <u>STATEMENT OF PROBABLE CAUSE</u>

8.   Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

A.   <u>HAMPTON Imported Pill Press Machine Parts and Molds to Manufacture Illegal Drugs</u>

9.   Federal law enforcement agencies, including agents with the DEA and the FBI, are investigating HAMPTON for suspected manufacturing and distributing controlled substances,

including selling fentanyl and other drugs on various illegal marketplaces on the Darknet.[2]

10.  Based on my training and experience and discussions with other law enforcement personnel, I know that pill press machines, often referred to as "pill presses," are used by drug traffickers to manufacture pills that contain illegal drugs, including fentanyl and methamphetamine.  A pill press "die" is a molded piece that attaches to a pill press to cut and/or mark tablets so that the pills being manufactured have recognizable markings.  In the case of counterfeit pills, the individual producing the contraband pills uses one or more pill dies to emulate the markings on authentic prescription pill, such as Oxycodone or Adderall.

11.  In August 2021, United States Customs and Border Protection ("CBP") notified the DEA that CBP had seized a shipment from China containing a pill press die set that was addressed to HAMPTON at 171 Pier Ave #432, Santa Monica, CA 90405 (i.e., "**Subject Premises 5**").  Based on records provided by AT&T, HAMPTON was --- at the time --- the subscriber of the following cellular phones that listed **Subject Premises 5** as HAMPTON's address: (310) 923-2561 ("Subject Telephone 1"); and (424) 384-3418 ("Subject Telephone 2").

---

[2] The "Darknet" or "Darkweb" are often used interchangeably to refer to websites and services that are not accessible through standard internet search engines such a Google.  Rather, the Darknet is accessible only with specific software, configurations, or authorization, often using non-standard communication protocols and ports. Darknet marketplaces are illegal forums on the Darknet that permit users to purchase and sell drugs, contraband, and illegal services.

12.   On September 3, 2021, DEA Agents conducted an address check of **Subject Premises 5** and learned that it is a post office box located at the Ocean Park Mail and Business Center, a third-party post office.  Based on information from the rental application for **Subject Premises 5**, HAMPTON was listed as the rental applicant and Subject Telephone 1 was listed as HAMPTON's contact number.

13.   Based on the invoice for the shipment of the pill press die set, Subject Telephone 2 is listed as HAMPTON's contact phone number.  When agents inspected the die set, agents saw that the markings were consistent with engraving used on authentic Adderall[3] 30 mg tables, namely, the marking "AD" engraved on the end of one pill press die, and the marking "3|0" engraved on the second pill press die.

14.   As detailed below, evidence shows that HAMPTON and his co-conspirators used pill press machines to produce hundreds of thousands --- or more --- of counterfeit pills that contained methamphetamine, fentanyl, and/or other drugs, including counterfeit Adderall pills.

15.   Based on my review of records obtained from LFA Machines, a company that sells pill presses and related supplies, HAMPTON made numerous purchases from LFA Machines for

---

[3] Adderall is a Schedule II federally controlled central nervous system stimulant. Adderall 30 mg pills are orange in color.

parts related to a TDP 5 Tablet Press Machine[4] and/or binder compounds[5] used to manufacture pills between January 2021 and February 2022.

16.  As noted above, CBP intercepted a die set that could be used to manufacture counterfeit "Adderall 30" tablets that was mailed to HAMPTON in or around August 2021.  Based on records received from LFA Machines, HAMPTON purchased approximately 700 kilograms of tablet binding agent between June 2021 and April 2022, including "Firmapress Orange 10kg" binding agent and "LFA Firmapress All-In-One Pharmaceutical-Grade Excipient Blend-White 5kg (11 pounds) - Pill Mix Powder for Easy Tablet Formulation."[6]  The binding agents were addressed to either HAMPTON or aliases used by HAMPTON, including D.D. and S.S.[7]  These precursor materials were shipped to **Subject Premises 5.**

17.  Based on records received from Amazon.com, HAMPTON is the subscriber of an Amazon.com account that has been used to repeatedly purchase products likely used to manufacture,

---

[4] A TDP 5 is a model of a tablet press machine that has the ability to produce a wide range of tablet sizes in small or large batches at a rate of approximately 5,000 tablets per hour.

[5] A binder is a chemical compound that has an adhesive property, and is an essential element used in manufacturing pills.

[6] Based on my training and experience and discussions with other law enforcement officers, I also know that the orange and white binding agents could be used to press counterfeit pills that are consistent with the color of the authentic Adderall 30 tablets depicted above.

[7] D.D. and S.S. are real people and believed to be identity theft victims.

package, conceal, and ship narcotics, including multiple large bags of Firmapress Tablet Mix Powder, shipping labels, bubble mailers, "Mini Ziplock baggies", a heat-sealing machine, a vacuum sealing machine, disposable gloves, and vacuum sealer bags, among others.  HAMPTON's Amazon.com account lists a residence associated with HAMPTON and **Subject Premises 5** as the addresses associated with the account. HAMPTON's Amazon.com records also show that HAMPTON purchased approximately 164 kilograms of binder compound between June 2021 and February 2022, including orange, white, and green binder compounds.

**B.   HAMPTON Uses the Moniker "Narco710" to Sell Illegal Drugs on the Darkweb, Including Methamphetamine and Fentanyl**

18.  On June 27, 2022, the Honorable Jean Rosenbluth, United States Magistrate Judge, signed a warrant to search three Google email accounts associated with HAMPTON.  During my review of the records that Google provided, I seized substantial evidence related to the Target Offenses, including:

a.   Photographs depicting large quantities of suspected illegal drugs;

b.   Receipts and correspondence related to purchasing parts for pill press machines;

c.   Photographs of computer screens displaying open internet browser tabs for The Onion Router ("TOR"), Dark0de Market, Electrum Wallet, World Market, and cryptocurrency transactions;

d.    Emails received between May 2021 and February 2022 from Quora --- a website that allows users to post questions and answers to other users' questions --- containing hyperlinks to posts "related to" the following topics: "How can I build a website and customize it on the Dark Web?", "How do you start your own market on the dark web?", "can I access the Dark Web from my iPhone?", "What is a typical shift like for a big city cop, for example an officer of the LAPD", and "Where can I find people who want to buy or sell bitcoin?";

e.    Emails containing order details for various items likely related to HAMPTON's drug trafficking scheme, including air/bubble mailers, mannitol powder, shipping labels, mini ziplock baggies, nitrile gloves, currency bands, vacuum sealer machine, vacuum sealer bags, cryptocurrency hardware wallet, wireless home security camera system, components for firearms, and various pill press binder compounds;

f.    Emails showing receipts of money transfers from HAMPTON to CO-CONSPIRATOR 1;

//

//

g.   Emails sent from HAMPTON's email accounts to "Narco310@protonmail.com"[8] that attached photographs depicting large quantities of suspected narcotics and references to "Narco710", including the following:






---

[8] ProtonMail is an encrypted email platform based in Switzerland.  As described below, Darknet drug traffickers often use ProtonMail and other non-U.S.-based communication platforms to conceal their illegal activities from law enforcement inside the United States.

19.   HAMPTON's email accounts also contained photographs directly linking him to photographs used to advertise drugs on Narco710 vendor accounts, including the following:

a.   An email sent from hamptonchris707@gmail.com to Narco310@protonmail.com, dated February 5, 2022, attached an image (**left image**) that was used to advertise "cartel m30s" by Narco710 on Dark0de Market (**right image captured on 2/9/2022**):



b.   An email sent from Hamptonchris707@gmail.com to Narco310@protonmail.com, dated February 18, 2022, attached an image (**left image**) that was later used to advertise cocaine by Narco710 on World Market (**right image captured on 3/4/2022**):



        c.    An email sent from chbosshogg@gmail.com to Narco310@protonmail.com, dated April 9, 2022, attached an image (**left image**) that was later used to advertise "CARTEL CRYSTAL METH" by Narco710 on various darknet marketplaces, including ASAP Market (**right image captured on 5/4/2022**):



        d.    An email sent from chbosshogg@gmail.com to Narco310@protonmail.com, dated April 21, 2022, attached a photo (**left image**) that is the same image used for Narco710's profile photo on various messaging platforms and darknet marketplaces, including Dark0de Market (**middle image captured on 2/9/2022**) and the Narco710 user name on the Wickr application (**right image captured on 3/27/2022**):



20.   On August 16, 2022, the Honorable Alexander MacKinnon, United States Magistrate Judge, signed a search warrant to search the content of HAMPTON's iCloud (Apple Inc.) account. Notably, HAMPTON's iCloud account is registered to "C Milli" at the address **SUBJECT PREMISES 5,** and the account is linked to HAMPTON's primary email address (chbosshogg@gmail.com).  During my review of the records that Apple provided, I seized substantial evidence related to the drug trafficking scheme, including:

a.   Photographs and videos depicting large quantities of suspected illegal drugs.

b.   Photographs and videos depicting pill press machines, parts of pill press machines, including die sets or molds to press counterfeit pills.

c.   Photographs and videos of computer screens displaying open internet browser tabs for TOR, Whitehouse Market, Torrez Market, PGP key generator, Dark0de Market, Electrum Wallet, World Market, and cryptocurrency transactions. Certain of the photographs contained information about the number of drug transactions completed by the Narco710 vendor and/or the amount of drug proceeds HAMPTON had received for drug transactions completed on the relevant Darknet marketplace.  For example, a photograph depicting the Tor-2-Door drug marketplace shows that as of August 1, 2022, HAMPTON had sold over $1,000,000 in drugs on the marketplace.  A similar screenshot depicting the Dark0de Market showing drug sales of approximately $487,000 as of February 18, 2022.

d.   Images and videos of guns, gun parts, gun silencers, including images like the following that depicts multiple firearms including a possible machinegun:



e.   Photographs and videos of large quantities of cash wrapped in rubber bands in shoe boxes, in vehicles, and spread out on surfaces; and

f.   Photographs and videos of text conversations between HAMPTON and co-conspirators that discussed illicit money exchange transactions.

C.    **HAMPTON Leads Multiple Co-Conspirators and Utilizes Numerous Darknet Vendor Accounts to Sell Illegal Drugs**

21.   Based on evidence collected during the investigation, HAMPTON has controlled and/or used the following Darknet vendor accounts to further the drug conspiracy:

a.   An image file dated November 20, 2021 was seized from HAMPTON's iCloud account and depicted a computer screen accessing the "Narco310" vendor profile on the marketplace Torrez market.

b.   Image files dated between December 16, 2021 and February 18, 2022 that were seized from HAMPTON's iCloud account depict a computer screen accessing the "Narco710" vendor profile on the Dark0de market. An image of "Narco710" vendor profile taken by an FBI OCE on February 9, 2022, indicated **"Narco710" had been a member since December 17, 2021 and had completed 2,184 drugs sales on Dark0de market.**

c.   An image of the "Narco710" vendor profile on the AlphaBay market, taken by an FBI OCE on August 4, 2022, indicated "Narco710" had joined on December 20, 2021.

d.   An image file dated January 8, 2022 that was seized from HAMPTON's iCloud account depicted a computer screen accessing the "Narco710" vendor profile on the Darknet marketplace World Market. An image sent by Wickr user "Narco710" to an FBI OCE on March 16, 2022, depicted a computer accessing the "Narco710" vendor profile on the marketplace World Market, with the "joined" date stating "2 months."

e.   An image file dated February 25, 2022 that was seized from HAMPTON's iCloud account depicted a computer screen accessing the "Narco710" vendor profile on the Abacus market.

f.   An image of the "Narco710" vendor profile on the Archetyp market, taken by an FBI OCE on August 3, 2022, indicated "Narco710" joined on February 27, 2022.

g.   An image of the "Narco710" vendor profile on the Bohemia market, taken by an FBI OCE on August 4, 2022, indicated "Narco710" joined on March 22 (no year) and **completed 656 drugs sales on Bohemia market.**

h.   An image file dated on August 1, 2022 that was seized from HAMPTON's iCloud account depicted a computer screen accessing the "Narco710" vendor profile on the Tor-2-Door market. An image of the "Narco710" vendor profile taken by an FBI OCE on August 4, 2022, **indicated "Narco710" had been a member since February 2022 and completed 145 drug sales on Tor-2-Door market.**

i.   An image of the "Narco710" vendor profile on the ASAP market, taken by an FBI OCE on August 3, 2022, did not indicate when the "Narco710" vendor profile had been created, but indicated **"Narco710" had completed 1,961 drug sales on ASAP market** with the earliest positive review from a customer dated April 9, 2022.

D.   <u>**HAMPTON Distributes Fentanyl and Methamphetamine**</u>

20.   On February 7, 2022, the FBI conducted an undercover purchase of "50 cartel m30s" from the drug vendor Narco710 on a

Darknet drug marketplace called Dark0de Market.[9]  Based on my
training and experience and discussions with other law
enforcement personnel about the sale of drugs on the Darknet, I
know the term "cartel M30s" refers to counterfeit Oxycodone[10]
pills that are manufactured with a pill press and usually
pressed with fentanyl.  Specifically, an undercover FBI employee
opened TOR browser and navigated to Dark0de market. The FBI OCE
then signed into the marketplace with their unique username and
password. The FBI OCE conducted a search query for "Narco710" on
Dark0de's search feature which populated a list of illegal drugs
that "Narco710" had for sale. The OCE scrolled through
Narco710's listings and selected the listing for 50 "cartel
m30s" for $250, which the undercover employee paid using
Bitcoin.

    21.  On February 16, 2022, FBI agents retrieved and opened
the parcel purchased from Narco710 which contained approximately
5.5 grams of blue pills packaged inside a plastic Ziplock bag.
Notably, the pills contained markings that emulate the etching
used on authentic Oxycodone M30 tablets.  The DEA Southwest

---

    [9] Image files dated between December 16, 2021 and February
18, 2022 that were seized from HAMPTON's iCloud account depicted
a computer screen accessing the "Narco710" vendor profile on
Dark0de market.

    [10] Oxycodone is a narcotic prescription drug and Schedule
II federally controlled substance.  Authentic 30 milligram
Oxycodone pills are blue and have an "M" within a square etched
on one side of the pill.  The other side of the authentic pill
has a "30" etched above a line going through the center of the
pill.

Laboratory conducted chemical analysis of the pills and determined the pills contained fentanyl.

22. On March 1, 2022, an FBI Intel Analyst visited another Darkweb marketplace called "World Market" and identified the profile for drug vendor Narco710. The profile listed a PGP key[11] for drug buyers to use to exchange encrypted communications with the user of the Narco710 account. Using a proprietary analytic tool, the FBI analyst parsed the PGP key and identified an email address (houdidni310@protonmail.com) that was associated with the creation of the PGP key.[12] The same PGP key used on Narco710's World Market vendor account was the same PGP key used on Narco710's vendor accounts on Tor2door, AlphaBay, and Bohemia Darkweb marketplaces, which indicates that the same person or persons controls all of these vendor accounts.

23. On March 9, 2022, utilizing an undercover moniker on the Darknet marketplace World Market, the FBI purchased "3.5 grams Synthetic China 260$$" from Narco710. Based on my

---

[11] Pretty Good Privacy ("PGP") is an encryption system used for both sending encrypted emails and encrypting sensitive files. A PGP key is tied to a particular person's identity, and anyone can use computer software and the PGP key to send encrypted communications to the user of the PGP key.

[12] Based on records the FBI received from Block, Inc., the parent company for a cash transferring application service called "Cash App," that same email address (houdini310@protonmail.com) is listed as the email account associated with a Cash App account belonging to Christopher HAMPTON. Subject Telephone 2 is listed as the phone number associated with the account, and HAMPTON'S PO BOX is listed as one of the addresses associated with the account. Block, Inc. records also show that HAMPTON has a second Cash App account and that SUBJECT EMAIL ACCOUNT 1 is an email address associated with that account.

training and experience, I know that the term "synthetic China" or "China white" refers to synthetic heroin usually mixed with fentanyl or other similar synthetic opioid drugs.

24.   On March 16, 2022, FBI investigators retrieved and opened the parcel purchased from Narco710 on World Market which contained chunks of grey powder weighing approximately 3.9 grams that were concealed inside a small Ziploc bag.  The DEA Southwest Laboratory conducted chemical analysis of the powder and determined the powder contained fentanyl.

25.   Between March 4, 2022 and March 16, 2022, using the encrypted messaging application Wickr, I used an undercover account to communicate with "narco710". During the conversation, Narco710 stated that he was utilizing the Narco710 moniker on various Darknet marketplaces, including World Market.  On March 4, 2022, Narco710 and I had the following conversation on the Wickr application:

> **Undercover Moniker:**  Is this the same narco710 from world market?
>
> **Narco710:**  Yes
>
> **Undercover Moniker:**  Are you still selling on the market? Reddit says youre scamming people :(
>
> **Narco710:**  Yes. No imao. Im on world, archtype and alpha.[13] Reed my reviews I dont scam anyone. i just found out there is some one on telegram. Using my name robbing people.

---

[13] Based on my training and experience, I understand that Narco710's reference to "world" is short for the Darknet drug marketplace, World Market. The other two marketplaces Narco710 referenced are AlphaBay and Archetyp Market.  As noted above, the FBI also purchased drugs from Narco710 using Darkode marketplace.  By March 2022 (the date the Wickr communications began), the Darkode marketplace was no longer operational.

> **Undercover Moniker:**  Are you Narco310 on here too? Or
> that's somebody else? Whats your telegram name then? Im so
> confused. i dont know who to believe.
>
> **Narco710:**  No just narco710. And im not on any other
> messengers. Going to post my page tomorrow do not buy from
> telegram. I dont use telegram.

26.   From March 18, 2022 through March 24, 2022, utilizing
an undercover moniker, FBI investigators communicated with
Narco710 on the Wickr application to arrange the purchase of 100
"M30" pills --- the counterfeit oxycodone pills described above.
During that conversation, Narco710 sent the FBI undercover
account a "Wickr direct deal menu" listing various illegal drugs
for sale with corresponding prices, including "Adderall
pressed", "china white fent free", "Crystal meth", "Black tar",
"Cartel m30s", among others.  Narco710 also wrote: "We also
supply whole stores if you are a vendor and would like us to
ship for you or want are products on your inventory we have as
much as you need of every product we have. Cocaine will be back
in stock in a few days."

27.   The user of the Narco710 Wickr account also sent the
following messages to undercover FBI investigators:

> **Narco710:**  Would you like a sample of any other product?
> Lol I could have some one walk to you and it would be
> faster then the mail. I was in mar vista yesterday. Small
> world.
>
> **Undercover Moniker:**  haha nice! Wow so we are not far! Do
> you ever give people their product in person? I'm just a
> little nervous as a female :-)

**Narco710:**  [Sends a message that was instantly deleted[14] before FBI investigators had time to take a screen shot, but I understand that the message basically stated that Narco710 rarely meets people in person and doesn't even like talking to people on WICKR]

**Undercover Moniker:**  Oh wait that deleted before I finished reading it! Sorry I'm slow lol But basically your not a people person is what I'm gathering? :-)

**Narco710:**  How do you like mar vista?

**Undercover Moniker:**  It's nice! Chill vibe, close to the beach… what about you? Do you like it? Good hidden gem restaurants too.

**Narco710:**  If it would be easier I'm sure I can have one of my workers go some where like at mar vista park and take a photo where it is. Then draw you a treasure map lol

28.  Based on my training and experience, I believe in this conversation Narco710 is implying to the FBI undercover moniker that he works with others to distribute drugs and that he directs "workers" to deliver narcotics to customers.  These messages also reference that Narco710 is located in Southern California and had recently visited Mar Vista --- a location close to a post office box controlled by HAMPTON (i.e., **Subject Premises 5**) and a location HAMPTON and his co-conspirators likely use to press fentanyl and methamphetamine pills (i.e., **Subject Premises 1**).

29.  On April 21, 2022, utilizing an undercover moniker on the Darknet ASAP Market, the FBI purchased "100 Pressed Adderall 30mg AD30" from Narco710. On May 9, 2022, FBI investigators

---

[14] A Wickr user can set their preferences to automatically delete messages after a period of time. Wickr allows users to utilize the feature "burn-on-read" which delete messages once they have been read by the recipient. Wickr also allows users to utilize the feature of an expiration timer where the user can set the time frame from when the messages get deleted.

retrieved and opened the parcel purchased from Narco710 on ASAP Market which contained approximately 100 orange pills weighing approximately 62.6 grams that were concealed inside a mylar bag. The DEA Southwest Laboratory conducted chemical analysis of the orange pills and determined the pills contained methamphetamine.

### E.    The Charged Offense: HAMPTON Distributes Methamphetamine on or about May 3, 2022

30.   On May 3, 2022, utilizing an undercover moniker on the Darknet ASAP Market, the FBI purchased "4oz Cartel Crystal Meth" from Narco710.  Specifically, the FBI OCE opened TOR browser and navigated to ASAP market.  The FBI OCE then signed into the marketplace with their unique username and password. The FBI OCE conducted a search query for "Narco710" on ASAP market's search feature which populated a list of illegal drugs that "Narco710" had for sale. The FBI OCE scrolled through Narco710's listings and selected the listing for "CARTEL CRYSTAL METH 1oz". The listing stated the available quantity of "CARTEL CRYSTAL METH 1oz" was 1000 (approximately 62.5 pounds), and offered amounts available for purchase as one, four or eight ounces. The FBI OCE selected to purchase four ounces for $700 in which the OCE paid using Bitcoin. The image used in the listing depicted what appeared to be multiple pounds of crystal methamphetamine shards displayed on a flat surface with a written note held to a whiteboard by magnets behind it. The written note on the whiteboard stated, "4-8-22 NARCO 710 ASAP Alphabay Archtyp". As

mentioned above, this same image was seized from HAMPTON's Google email account as well as HAMPTON's Apple iCloud account.[15]

31.  On May 13, 2022, FBI investigators retrieved and opened the parcel purchased from Narco710 on ASAP Market which contained white crystal-like substance weighing approximately 119.1 grams that was concealed inside a mylar bag. The DEA Southwest Laboratory conducted chemical analysis of the crystal-like substance and determined it contained at least approximately 102 grams of actual methamphetamine.

F.   **HAMPTON Controls a Location that the Co-Conspirators Use to Press Fentanyl and Methamphetamine Pills**

22.  **Subject Premises 1** is located at 423 Warren Lane, Inglewood, CA 90302. As discussed below, evidence shows that HAMPTON and his co-conspirators are using **Subject Premises 1** to manufacture pills containing illegal drugs, including fentanyl and methamphetamine.

23.  Between January and April 2022, HAMPTON frequently placed food orders that were delivered near or to **Subject Premises 1**.  For example, records from GrubHub show that food was delivered to 404 Warren Lane on January 22, 2022 and delivered to 423 Warren Lane on March 1, March 2, March 5 and April 7, 2022. Records from DoorDash indicated food had been

_____

[15] As previously mentioned, an image file dated February 25, 2022 that was seized from HAMPTON's iCloud account depicted a computer screen accessing the "Narco710" vendor profile on the marketplace Abacus market. The same PGP key used on Narco710's Abacus market vendor account was the same PGP key used on Narco710's ASAP and Archetyp vendor accounts, which indicates that the same person or persons who controlled one of these vendor accounts controlled all of these vendor accounts.

delivered to **Subject Premises 1** approximately 26 times between February 2 and April 11, 2022.

24.   Additionally, during surveillance on April 27, 2022, DEA Agents saw CO-CONSPIRATOR 1 remove a handful of items and a tote/crate from a trunk registered to HAMPTON and enter the walkway to the apartments located at 423 Warren Lane (i.e., **Subject Premises 1**"). Shortly after, DEA Agents saw CO-CONSPIRATOR 1 exit from the walkway of the apartments carrying a black trash bag which CO-CONSPIRATOR 1 discarded in a public dumpster located on Warren Lane. CO-CONSPIRATOR 1 then returned to the walkway leading back to the apartment complex and entered an unknown apartment door before departing in HAMPTON's vehicle.

25.   DEA Agents conducted a trash pull of the black trash bag that CO-CONSPIRATOR 1 discarded. Based on information from other law enforcement personnel and my review of photographs depicting the contents of the trash bag, CO-CONSPIRATOR 1 discarded substantial evidence related to manufacturing, packaging, and distributing narcotics, including United States Postal Services (USPS) Priority Mail envelopes, a broken scale, multiple black disposable gloves containing trace amounts of an unknown orange substance, various Ziploc baggies commonly used to package narcotics, empty Ziploc baggies labeled "M30 50's" and "F-500 China White", and multiple sheets of paper notating different narcotics in a manner consistent with individual orders. DEA Agents further recovered several pills, including a blue "M30" pill, multiple white elongated pills with markings "M 523" on one side and "10/325 on the other side, multiple orange

pills with markings "b 974" and "AD 30", and a clear baggie containing a crystal-like substance suspected to be methamphetamine.

26.   Based on my review of the photographs depicting the content of the trash bag discarded by CO-CONSPIRATOR 1, I saw several pills and packaging material that were similar to items the FBI received from undercover drug purchases from Narco710, including:

        a.   a blue "M30" pill that looked substantially similar to the M30 pills purchased from Narco710 on February 7, 2022; and

        b.   orange pills with "AD" and "3|0" engraved on them, similar to the counterfeit Adderall pills purchased from Narco710 on April 21, 2022.

27.   Additionally, one of the photographs depicts small plastic baggies, including a small yellow plastic bag depicting "8 ball" images. Those plastic baggies look substantially similar to the baggies that Narco710 used to package the "M30" pills and the "China white" that the FBI received in the mail. Lastly, the photographs show that USPS Priority Mail envelopes were found in the trash pull, which are the same type of envelopes that Narco710 used to mail the FBI's undercover drug purchases.

28.   The DEA Southwest Laboratory conducted a chemical analysis of the crystal-like substance, the pills and other items that were retained as evidence from the trash pull. Laboratory results determined that the crystal-like substance,

as well as some of the pills that were recovered, contained methamphetamine.  The laboratory also determined that other recovered pills contained fentanyl. Laboratory results also determined methamphetamine and cocaine residue were present on other items.

29.  On May 17, 2022, I conducted surveillance along with DEA agents and observed HAMPTON leave **Subject Premises 4** in his black Toyota Tundra, CA license plate #00198S1, and drive to **Subject Premises 1**. I observed HAMPTON park his truck on the street and walk down the walkway to the stairway that led down to the door of the building's basement. Additional surveillance was conducted on May 25, 2022 at **Subject Premises 1** where agents observed HAMPTON enter the door at the bottom of the stairway that led down to the basement of the building.

30.  In October 2022, I seized images and videos from records provided by Apple that contained EXIF data embedded in the images that provided the coordinates related to where the image/video was originally taken; several images and videos correlate to the approximate location of **Subject Premises 1**, including the following:

a.  A video dated December 28, 2021, depicted a pill press on a table in the basement of the apartment building.  The video begins by depicting an area of the basement where dry wall was placed to separate the space from the rest of the basement and continues as the person filming walks through an open passage that appears to access the rest of the unfinished basement of the apartment building;

b.     A video dated January 9, 2022, depicted a laptop with an open browser window on Darknet marketplace World Market, logged in as Narco710; a tabletop pill press machine covered in orange powder is seen behind the laptop screen;

c.     An image dated January 16, 2022, depicted a vacuum sealed bag containing green bar-shaped pills;

d.     A video dated February 2, 2022, depicted a laptop screen scrolling through bitcoinpostage.com; the voice of an unknown co-conspirator asks, "Are you almost done with that one, man?" and a voice that I identified as HAMPTON's responded, "yeah";

e.     An image dated February 25, 2022, depicted a laptop screen with an open browser tab to the registration page for Darknet Abacus market, with Public Username "Narco710";

f.     A video dated March 11, 2022, depicting three tabletop pill press machines, two of which were turned on and pressing white and orange pills;

g.     An image dated April 11, 2022, depicted a close-up image of what appeared to be a 220-type electrical plug with an individual that appears to be CO-CONSPIRATOR 1 sitting on the floor in the background.  CO-CONSPIRATOR 1 appeared to be holding the electrical plug to what I recognized to be a blue and silver pill press machine sitting on the floor in front of him;

h.     An image dated April 27, 2022, depicted 26 vacuum sealed bags of orange pills;

i.   An image dated May 28, 2022 did not contain EXIF location data, but depicted what I recognized to be the front door of **Subject Premises 1.** Written on the front door in black marker were multiple iterations of "I love fentanl" or "I (drawing of a heart) fentanl."

j.   An image dated June 11, 2022, depicted a large Rubbermaid brand trash can filled with at least 70,000 pressed pills.  Specifically, the image shows at least seven large ziplock-type plastic bags of white pills shaped like bars with the letters "xanax" imprinted on them; the bags were labeled "10k" in black marker.

G.   **HAMPTON and His Co-Conspirators Possess Numerous Firearms**

31.  Based on the evidence seized in this investigation, my training and experience related to Darknet drug trafficking crimes, I believe that HAMPTON and his co-conspirators are likely armed and dangerous.  In addition to the evidence described above related to HAMPTON's possession of firearms, I also seized the following evidence from HAMPTON's iCloud account:

a.   A video showing HAMPTON fire an assault-style weapon outside of a residence associated with HAMPTON ("**Subject Premises 3**").  Other individuals depicted in the video also appear to discharge firearms in the front yard area of **Subject Premises 3** while setting off fireworks in the street.  Although

//

the video is undated, HAMPTON moved into the residence in May 2022, so the video was likely taken after that date.

  

      b.    Images and video files depicting firearms, firearm components, including "auto switches" (components to modify semiautomatic firearms to fire as machineguns), a firearm 3D printer, and suppressors;

      c.    Image of an AR-15 style rifle with OD-Green grip and stock, magazine inserted, and scope attached in a rifle bag dated April 4, 2020;

d.   Image of multiple firearms with extended magazines and/or suppressors attached, including the following:



e.   Video of a suppressor with what sounds like HAMPTON's voice "I dropped it, it's a silencer" dated September 22, 2021;

f.   Video of suppressor with what sounds like HAMPTON's voice saying "Silencer" dated September 22, 2021;

g.   Video of suppressor dated November 24, 2021;

h.   Image of a blue-gloved hand holding what appeared to be a Glock sub-compact pistol dated January 16, 2022;

i.   Image of a hand holding a handgun with grey polymer80 lower with a skeletonized slide and fiber optic front sight dated February 2, 2022;

j.   Multiple images depict one or more handguns, including images of a grey pistol with a high-capacity magazine inserted;

k.   Image of p80 pistol lower receiver with an extended magazine on an individual's lap in a vehicle;

        l.    Images of a large pile of mushrooms on the floor with four (4) pistols, an UZI, and a rifle with a holographic sight in the middle, surrounded by Narco710 Store business cards, dated May 14, 2022.  One of these images is included in the affidavit at **Paragraph 20(d)**.

        m.    Images of a suspected automatic weapon near extended magazines containing ammunition, including the following:



        n.    Image of a rifle on granite countertop covered in U.S. currency:



o.   Image taken of a Glock style pistol inserted into a white female's mouth, with an image of a bulldog covering the face of the person holding the pistol;

p.   Image of suppressor baffles;

q.   Image of a suppressor tube and end caps; and

r.   The video file referenced above that contains what sounds like HAMPTON while fireworks are shot off in the street saying "let's start shooting guns"; HAMPTON walked back into the residence, past the granite countertops, appearing to be the same brown in color granite countertops listed above, and a black pistol is sitting on the table inside what appeared to be **Subject Premises 3.**

## V.   CONCLUSION

32.   For all the reasons described above, there is probable cause to believe that HAMPTON violated 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): distribution methamphetamine on or about May 3, 2022

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone this 1st day of
November 2022.

*Patricia Donahue*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE